# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS JACKSON NASH,<br><br>Defendant. | Case No.: 2:17-cr-43-RFB<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR NICHOLAS JACKSON NASH (ID#) 1157394 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **NICHOLAS JACKSON NASH** before the United States District Court at Las Vegas, Nevada, on or about _I/A & A/P Wed 2/15/2017 3:00 PM CWH 3C_, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: February 8, 2017

_____
UNITED STATES MAGISTRATE JUDGE

```
1  DANIELL G. BOGDEN
   United States Attorney
2  District of Nevada
   KILBY MACFADDEN
3  Assistant United States Attorney
   501 Las Vegas Boulevard South
   Suite 1100
4  Las Vegas, Nevada 89101
   702-388-6336
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>NICHOLAS JACKSON NASH,<br><br>  Defendant. | Case No.: 2:17-cr-43-RFB<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR NICHOLAS JACKSON NASH<br>(ID#) 1157394 |

The petition of the United States Attorney for the District of Nevada respectfully shows that **NICHOLAS JACKSON NASH**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **NICHOLAS JACKSON NASH** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **NICHOLAS JACKSON NASH** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on _I/A & A/P Wed 2/15/2017 3:00 PM CWH 3C_, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **NICHOLAS JACKSON NASH** before the United States District Court on or about _I/A & A/P Wed 2/15/2017 3:00 PM CWH 3C_, at the hour of 3:00 p.m.,

1    for arraignment and from time to time and day to day thereafter until excused by the Court has

2    been ordered by the United States Magistrate or District Judge for the District of Nevada.

3          WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad

4    Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,

5    Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding

6    them to produce the said **NICHOLAS JACKSON NASH** before the United States District Court

7    on or about _____ I/A & A/P Wed 2/15/2017 3:00 PM CWH 3C _____, at the hour of 3:00 p.m., for

8    arraignment and from time to time and day to day thereafter, at such times and places as may be

9    ordered and directed by the Court entitled above, to appear before the Court, and when excused

10    by the said Court, to be returned to the custody of the Warden, Clark County Detention Center,

11    Las Vegas, Nevada.

12          DATED this 8th day of February, 2017.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_/s/ Kilby MacFadden_____
KILBY MACFADDEN
Assistant United States Attorney

2