# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS JACKSON NASH, <br><br> Defendant. | Case Nos. 2:17-cr-00043RFB <br><br> ORDER FOR PLACEMENT IN RESIDENTIAL RE-ENTRY CENTER |

Before the court is the matter of U.S. v. Nicholas Jackson Nash. On June 9, 2017, this court held a status conference hearing regarding the Probation Department's request to modify conditions of release.

The Court ordered that Mr. Nash shall continue on the previous conditions of supervised release with the following modifications/additions:

1. **C.A.R.E.:** You shall participate in the C.A.R.E. program of a residential re-entry center for a period of up to seven (7) months as approved and directed by the probation officer. While participating in the program, if you test positive for alcohol, and any controlled substance, and/or any form of synthetic marijuana or synthetic stimulants, you shall be taken into custody for a minimum custodial period of seven days.

2. **Reside in Residential Re-entry Center** - You shall reside at and participate in the program of a residential re-entry center/sober living house for a period of six (6) months and stay within the confines of the center except for circumstances approved by the probation officer consistent with this Court's oral guidance at the June 9, 2017 hearing.

IT IS SO ORDERED this 9th day of June, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE