RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SUNETHRA MURALIDHARA
Assistant Federal Public Defender
State Bar No. 13549
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sunethra_Muralidhara@fd.org

Attorney for Nicholas Jackson Nash

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NICHOLAS JACKSON NASH,<br><br>    Defendant. | Case No. 2:17-cr-00043-RFB-1<br><br>**PROPOSED ORDER FOR MODIFICATION OF SUPERVISION** |

On January 31, 2018, Mr. Nash was released from his six-month custodial sentence. He promptly reported to Probation. This Court then set a status check for February 2, 2018 to discuss the status of Mr. Nash's supervision and whether a modification should be granted.

The Court considered the matter in open court on February 2, 2018 with defense counsel, Mr. Nash, Probation Officer Tawni Salem, and AUSA Kilby McFadden in attendance.

**IT IS THEREFORE ORDERED** that Mr. Nash is granted a modification of his probation as follows:

1. **Home Confinement with Location Monitoring** – You will be monitored by the form of location monitoring technology indicated below for a period of up to seven months, and you must follow the rules and regulations of the location monitoring program. Location monitoring technology is at the discretion of the probation officer.

2. The form of location monitoring technology will be used to monitor the following restrictions on your movement, namely, defendant will be restricted at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer.  This is commonly referred to as Home Detention.

DATED this  12th day of February, 2018.



RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE