RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SUNETHRA MURALIDHARA
Assistant Federal Public Defender
Nevada State Bar No. 13549
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sunethra_muralidhara@fd.org

Attorney for Nicholas Jackson Nash

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS JACKSON NASH,<br><br>Defendant. | Case No. 2:17-cr-043-RFB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Sunethra Muralidhara, Assistant Federal Public Defender, counsel for Nicholas Jackson Nash, that the Revocation Hearing currently scheduled on August 23, 2018 at 3:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant. Additionally, the parties are attempting to negotiate a global resolution.

2. Mr. Nash is in custody and does not object to a continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 13th day of August, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| /s/ Sunethra Muralidhara<br>By_____<br>SUNETHRA MURALIDHARA<br>Assistant Federal Public Defender | /s/ Richard Anthony Lopez<br>By_____<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS JACKSON NASH,<br><br>　　　　Defendant. | Case No. 2:17-cr-043-RFB<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, August 23, 2018 at 3:00 p.m., be vacated and continued to <u>October 4, 2018</u> at the hour of <u>11</u> : <u>00</u> <u>a</u> .m.

DATED this <u>14th</u> day of August, 2018.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE