RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
Nevada State Bar No. 13549
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorneys for Nicholas Jackson Nash

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS JACKSON NASH,<br><br>Defendant. | Case Nos. 2:18-cr-00248-APG-PAL<br>2:17-cr-00043-APG-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING AND REVOCATION HEARINGS**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Nicholas Jackson Nash, that the sentencing and revocation hearings currently scheduled on December 11, 2018 at 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant before the sentencing hearing.

2. Mr. Nash is in custody and agrees to a continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing and revocation hearings.

DATED this 27th day of November 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Brian Pugh*<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | */s/ Richard Anthony Lopez*<br>By_____<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS JACKSON NASH,<br><br>Defendant. | Case Nos. 2:18-cr-00248-APG-PAL<br>2:17-cr-00043-APG-PAL<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing and revocation hearings currently scheduled for Tuesday, December 11, 2018 at 2:00 p.m., be vacated and continued to  February 19, 2019  at the hour of   9:30   a .m. in Courtroom 6C.

DATED this 27th day of   November  , 2018.

_____
UNITED STATES DISTRICT JUDGE