RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Nicholas Jackson Nash

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS JACKSON NASH,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00248-APG-VCF<br>　　　　　2:17-cr-00043-APG-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING AND REVOCATION HEARINGS**<br>(Sixth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Nicholas Jackson Nash, that the Revocation and Sentencing Hearings currently scheduled on December 10, 2019 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The defense is attempting to work with the Clark County District Attorney's Office to resolve a pending case before Mr. Nash's sentencing and needs additional time.

2. Mr. Nash is currently attending several programs and classes at Nevada Southern Detention Center and would like to complete them before being sent to BOP.

3. Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant before the sentencing hearing.

4. Mr. Nash is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the sixth request for a continuance of the revocation and sentencing hearings.

DATED this 25th day of November, 2019.

RENE L. VALLADARES  
Federal Public Defender

 */s/ Brian Pugh*  
By_____  
BRIAN PUGH  
Assistant Federal Public Defender

NICHOLAS A. TRUTANICH  
United States Attorney

 */s/ Richard Anthony Lopez*  
By_____  
RICHARD ANTHONY LOPEZ  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS JACKSON NASH,<br><br>　　　　Defendant. | Case No. 2:18-cr-00248-APG-VCF<br>　　　　　2:17-cr-00043-APG-VCF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation and sentencing hearings currently scheduled for Tuesday, December 10, 2019 at 10:00 a.m., be vacated and continued to _February 19, 2020_ at the hour of __9:00__ a .m.; or to a time and date convenient to the court. in Courtroom 6C

　　　DATED this 25th day of November, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE