RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorneys for Nicholas Jackson Nash

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS JACKSON NASH,<br><br>Defendant. | Case Nos. 2:18-cr-00248-APG-PAL<br>2:17-cr-00043-APG-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING AND REVOCATION HEARINGS**<br>(Eighth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Nicholas Jackson Nash, that the sentencing and revocation hearings currently scheduled on April 8, 2020 at 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than forty (40) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time. The parties are attempting to follow recommended practices such as social distancing to protect the health of our clients, ourselves, and our families. Concerns regarding the Coronavirus and changes to office practices related

thereto have made it difficult for counsel to consult with client to prepare for the sentencing and revocation hearings scheduled for April 8, 2020.

2. Mr. Nash is in custody and agrees to a continuance.

3. The parties agree to the continuance.

This is the eighth request for a continuance of the sentencing and revocation hearings.

DATED this 30th day of March 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Brian Pugh*<br>BRIAN PUGH<br>Assistant Federal Public Defender | By */s/ Richard Anthony Lopez*<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICHOLAS JACKSON NASH,

    Defendant.

Case Nos. 2:18-cr-00248-APG-PAL
           2:17-cr-00043-APG-PAL

**ORDER**

IT IS THEREFORE ORDERED that the sentencing and revocation hearings currently scheduled for Wednesday, April 8, 2020 at 9:30 a.m., be vacated and continued to May 19, 2020 at the hour of 1:00 p.m. in Courtroom 6C

DATED this 30th day of March, 2020.

                                          UNITED STATES DISTRICT JUDGE